UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:

JAMES JOSPEH PAGLIEI, SR.                    CHAPTER 7

Debtor                                        CASE #-20-12643-mdc

_____

## ORDER

AND NOW, this ___29th___ day of ___June___, 2020, upon consideration of the Application of the Debtor for an Extension of time to file Documents, there being no objection and for Good Cause shown, it is hereby ORDERED:

Debtor's application is granted. Debtor shall file all missing documents on or before **August 24, 2020**.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE